202 So.2d 64

**James CARR**

v.

**STATE.**

4 Div. 301.

Supreme Court of Alabama.

Aug. 17, 1967.

Rehearing Denied Sept. 14, 1967.

W. R. Martin, Ozark, for petitioner.

MacDonald Gallion, Atty. Gen., and Walter S. Turner, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of James Carr for certiorari to the Court of Appeals to review and revise the judgment and decision in Carr v. State, 44 Ala.App. 40, 202 So.2d 59.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and HARWOOD, JJ., concur.

203 So.2d 695

**CITY OF BIRMINGHAM**

v.

**Willie RICHARD.**

6 Div. 473.

Supreme Court of Alabama.

Nov. 9, 1967.

Wm. C. Walker, Birmingham, for petitioner.

Palmer W. Norris, Birmingham, opposed.

LIVINGSTON, Chief Justice.

Petition of the City of Birmingham for certiorari to the Court of Appeals to review and revise the judgment and decision in City of Birmingham v. Richard, 44 Ala. App. 127, 203 So.2d 692 (6 Div. 174).

Writ denied.

LAWSON, GOODWYN and COLEMAN, JJ., concur.

198 So.2d 298

**Bobby Ray CLENNEY**

v.

**STATE.**

1 Div. 424.

Supreme Court of Alabama.

March 2, 1967.

Michael J. Salmon, Mobile, for petitioner.

Richmond M. Flowers, Atty. Gen., and Robt. F. Miller, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Bobby Ray Clenney for certiorari to the Court of Appeals to review and revise the judgment and decision in Clenney v. State, 43 Ala.App. 622, 198 So. 2d 289 which conformed to 281 Ala. 9, 198 So.2d 293.

Writ denied.

SIMPSON, MERRILL and HARWOOD, JJ., concur.